```
                                          FILED: October 15, 2009

                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT

                        _____

                          No. 09-1504 (L)
                        (3:08-cv-00318-RCC)
                            (07-30391)

                        _____
```

ROWLAND LAND COMPANY,

        Plaintiff - Appellant

v.

PEACHTREE RIDGE MINING COMPANY, INCORPORATED,

        Defendant - Appellee

RHINO EASTERN, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

        Parties-in-Interest - Appellees

 and

OFFICE OF THE UNITED STATES TRUSTEE; DONN A. CHICKERING; GKJE ASSOCIATES, L.P.; XCOAL ENERGY & RESOURCES; NOVA COAL AG; DICKINSON PROPERTIES LIMITED PARTNERSHIP; SOUTHERN LAND COMPANY LIMITED PARTNERSHIP; EASTERN ASSOCIATED COAL COMPANY; PATRIOT COAL CORPORATION; POCAHONTAS DEVELOPMENT CORPORATION; POCAHONTAS LAND COMPANY; J & R REPAIRS, INCORPORATED; VECELLIO & GROGAN, INCORPORATED; KT CONSULTING, INCORPORATED; INTERNAL REVENUE SERVICE; WOLF RUN MINING COMPANY, INCORPORATED; KOMATSU FINANCIAL, LTD; WORKFORCE WEST VIRGINIA; AEP WEST VIRGINIA, INCORPORATED; PENN VIRGINIA OIL & GAS CORPORATION; ALLIANCE CONSULTING, INCORPORATED; VOLVO FINANCIAL; UNITED STATES DEPARTMENT OF LABOR, OFFICE OF SURFACE MINING RECLAMATIONAND ENFORCEMENT; RANGER FUEL CORPORATION; EAGLE MID VOL, LLC; WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; RAMEY AUTOMOTIVE GROUP, INCORPORATED; BLACKSTONE RESOURCES, INCORPORATED,

                    Parties-in-Interest

                  _____

                      No. 09-1523
                  (3:08-cv-00319-RCC)
                      (07-30391)

                  _____

ROWLAND LAND COMPANY,

              Plaintiff - Appellant

v.

PEACHTREE RIDGE MINING COMPANY, INCORPORATED,

              Defendant - Appellee

RHINO EASTERN, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

              Parties-in-Interest - Appellees

 and

OFFICE OF THE UNITED STATES TRUSTEE; DONN A. CHICKERING; WOLF
RUN MINING COMPANY, INCORPORATED; GKJE ASSOCIATES, L.P.; XCOAL
ENERGY & RESOURCES; NOVA COAL AG; DICKINSON PROPERTIES LIMITED
PARTNERSHIP; SOUTHERN LAND COMPANY LIMITED PARTNERSHIP; KOMATSU
FINANCIAL, LTD; EASTERN ASSOCIATED COAL COMPANY; PATRIOT COAL
CORPORATION; POCAHONTAS DEVELOPMENT CORPORATION; POCAHONTAS LAND
COMPANY; WORKFORCE WEST VIRGINIA; AEP WEST VIRGINIA,
INCORPORATED; PENN VIRGINIA OIL & GAS CORPORATION; J & R
REPAIRS, INCORPORATED; VECELLIO & GROGAN, INCORPORATED; KT
CONSULTING, INCORPORATED; VOLVO FINANCIAL; BLACKSTONE RESOURCES,
INCORPORATED; UNITED STATES DEPARTMENT OF LABOR, OFFICE OF
SURFACE MINING RECLAMATIONAND ENFORCEMENT; INTERNAL REVENUE
SERVICE; RANGER FUEL CORPORATION; EAGLE MID VOL, LLC; WEST
VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; ALLIANCE
CONSULTING, INCORPORATED; RAMEY AUTOMOTIVE GROUP, INCORPORATED,

                    Parties-in-Interest

_____

O R D E R

_____

Upon consideration of the stipulated motion to dismiss, the Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk